UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ATS INDUSTRIAL, INC., | § | |
| | § | |
| Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 2:23-CV-00234 |
| | § | |
| ENDURANCE AMERICAN INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice filed and signed by all parties and which the Court hereby deems effective. (D.E. 24); FED. R. CIV. P. 41(a)(1)(A)(ii), (a)(1)(B). Accordingly, the Clerk of Court is **ORDERED** to **CLOSE** this case. The parties shall be responsible for their own attorney fees and costs incurred in connection with this matter.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
     October 17, 2024

1 / 1